ACQUEST WEHRLE, LLC, Respondent, v TOWN OF AMHERST, Appellant. (Appeal No. 2.)

Decided November 18, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

BECK CHEVROLET CO., INC., Appellant, v GENERAL MOTORS LLC, Respondent.

Submitted November 16, 2015; decided November 18, 2015

*See* 787 F3d 663.

Motion by Greater New York Automobile Dealers Association, Inc. for leave to appear amicus curiae on consideration of the certified questions herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

LUIS CACERES et al., Respondents, v STANDARD REALTY ASSOCIATES, INC., et al., Appellants. (And a Third-Party Action.)

Decided November 18, 2015

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.